# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br><br>Plaintiffs,<br>v.<br>ALL WEST CONTAINER CO.,<br>Defendant. | CASE NO. 2:17-CV-04727-JAK (AFMx)<br><br>**JUDGMENT**<br><br>**JS-6** |

The Motion for Entry of Default Judgment Pursuant to F.R.C.P 55(b), having been granted, the following relief is entered against Defendant All West Container, Co. and in favor of Plaintiffs, GCIU-Employer Retirement Fund, and Board of Trustees of the GCIU-Employer Retirement Fund:

1. Defendant is hereby ordered to pay $310,551.40 in withdrawal liability, $32,271.60 in prejudgment interest, and $62,110.28 in liquidated damages to Plaintiffs; and

2. Defendant is hereby ordered to pay $11,698.67 in attorney's fees and $570 in costs to Plaintiffs.

**IT IS SO ORDERED.**

Dated: February 21, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE